No. 1070. BALISTRIERI *v.* UNITED STATES, 394 U. S. 985. The Solicitor General is requested to file a response to petition for rehearing. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order.

No. 1127. TECHNITROL, INC. *v.* McMANUS, U. S. DISTRICT JUDGE, 394 U. S. 997. Motion of Collins Radio Co., defendant below, for damages under Rule 56 denied. *Morris Relson* on the motion. *Laurence B. Dodds* for Technitrol, Inc., in opposition.

No. 1276. ROBERTS *v.* McDONALD ET AL. C. A. D. C. Cir. Motion of petitioner pursuant to 28 U. S. C. § 455 suggesting disqualification of MR. JUSTICE BRENNAN denied. *William H. Roberts, pro se,* on the motion.

No. 1893, Misc. MERRILL *v.* MOSELEY, WARDEN;
No. 1924, Misc. McDOWELL *v.* MOSELEY, WARDEN;
No. 1928, Misc. WEBSTER *v.* HOWARD, REFORMATORY SUPERINTENDENT;
No. 1930, Misc. SMILEY *v.* CALIFORNIA ET AL.; and
No. 1976, Misc. ALLEN *v.* NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1779, Misc. YOUNG *v.* PROCUNIER, CORRECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 1207. BURKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Delos R. Johnson, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.